UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 18 - 16946 |
| Kevin M. Perkins | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Eric L. Frank |
|  | : |  |

## AMENDED CERTIFICATE OF SERVICE

I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Amended Chapter 13 Plan was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the below listed priority and secured creditors and the Trustee. Service upon said creditors is in compliance with Local Rule 3015-3 of the Federal Rules of Bankruptcy Procedure and does not in any way constitute an admission as to the validity or extent of security or priority status.

M & T Bank   c/o Stern & Eisenberg, P.C.
ATTN: Christopher M. McMonagle, Esquire
The Shops at Valley Square
1581 Main Street, Suite 200
Warrington, PA 18976-3400

PNC Bank   c/o KML Law Group, P.C.
ATTN: Kevin G. McDonald, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Wells Fargo Bank, N.A., d/b/a, Wells Fargo Auto
Bankruptcy Department
P.O. Box 130000
Raleigh, NC 27605-1000

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA 19105-1229

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: May 3, 2019