United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16946-elf
Kevin M. Perkins                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD             Page 1 of 1        Date Rcvd: Aug 19, 2019
                       Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db              +Kevin M. Perkins,   9215 Blue Grass Road,    Apt. # 7,   Philadelphia, PA 19114-4336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank NA, dba Wells Fargo Auto
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              RONALD G. MCNEIL    on behalf of Debtor Kevin M. Perkins r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Plaintiff Kevin M. Perkins r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re : Case No. 18 - 16946
Kevin M. Perkins : (Chapter 13)
Debtor. :
: Hon. Eric L. Frank

## ORDER

AND NOW, this 19th day of August, 2019, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby **ORDERED** that

a) Debtor's Attorney Application for Allowance of Counsel Fees is **GRANTED**;

b) Compensation is **ALLOWED** in favor of Applicant in the amount of $3,100.00 for his services; and

c) The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $690.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**