# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Kevin M. Perkins** | : | **Case No.: 18-16946** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A.d/b/a Wells Fargo Auto** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

19-016296_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-16946** |
| **Kevin M. Perkins** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A.d/b/a Wells** : | **Related Document #** |
| **Fargo Auto** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Kevin M. Perkins** : | |
| : | |
| : | |
| **William C. Miller, Esq.** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA 19107, ecfemails@ph13trustee.com

Ronald G. McNeil, Attorney for Kevin M. Perkins, 1333 Race Street, Philadelphia, PA 19107-1585, r.mcneil1@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 17, 2021:

Kevin M. Perkins, 9215 Blue Grass Road, Apt. # 7, Philadelphia, PA 19114


DATE: <u>September 17, 2021</u>

                                              /s/ Adam B. Hall
                                              Adam B. Hall, Esquire (323867)
                                              Manley Deas Kochalski LLC
                                              P.O. Box 165028

19-016296_PS

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-016296_PS