UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Kevin M Perkins

        Debtor

Case No.: 18-16946
Adversary No.: ___
Chapter: 13
Judge: Eric L Frank

# CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:
PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:
PO Box 847051
Boston, MA 02284-7051

Date: 10/23/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Kevin M Perkins

Chapter #13  
Case No. 18-16946  
Honorable Eric L Frank

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 23, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 23rd day of October 2021.

*Melissa A. Epler*  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
450 Penn Street  
Reading, PA 19602  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Kevin M Perkins  
9215 Blue Grass Rd Apt 7  
Philadelphia, PA 19114

VIA ECF  
Kenneth E West  
1234 Market St Ste 1813  
Philadelphia, PA 19107

Ronald G McNeil  
r.mcneil1@verizon.net