United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-16946-mdc

Kevin M. Perkins  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Feb 06, 2024      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin M. Perkins, 9215 Blue Grass Road, Apt. # 7, Philadelphia, PA 19114-4336 |
| 14224708 | + | M & T Bank, c/oChristopher M. McMonagle, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14732677 | + | M & T Bank, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14229339 | + | PNC BANK NATIONAL ASSOCIATION, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14253497 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14233913 | +++ | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 14215116 | | Thomas Jefferson University Hospital, Patient Billling, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 14251047 | + | Wells Fargo Bank N.A., dba Wells Fargo Auto, c/o Karina Velter, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14320932 | + | Wells Fargo Bank NA, dba Wells Fargo Auto, c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14320543 | | Wells Fargo Bank, N.A.d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14215124 | | Wells Fargo Dealer Services, Inc., Office of General Counsel, 23 Pasteur, Irvine, CA 92618-3816 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 07 2024 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14242881 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 07 2024 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14215114 | | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 07 2024 00:40:00 | Bank of America, N.A., Corporate Center, 100 No. Tryon Street, Suite 220, Charlotte, NC 28202-4031 |
| 14337360 | | Email/Text: megan.harper@phila.gov | Feb 07 2024 00:40:00 | CITY OF PHILADELPHIA, c/o PAMELA ELCHERT THURMOND, City of Philadelphia, Law/Revenue Department, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1595 |
| 14304313 | | Email/Text: megan.harper@phila.gov | Feb 07 2024 00:40:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14215115 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2024 00:40:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14250495 | | Email/Text: camanagement@mtb.com | Feb 07 2024 00:40:00 | M&T Bank, P.O. Box 840,, Buffalo, NY 14240 |
| 14215117 | | Email/Text: camanagement@mtb.com | Feb 07 2024 00:40:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14235602 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 07 2024 00:40:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14732603 | ^ | MEBN | | |
| | | | Feb 07 2024 00:26:46 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14215120 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Feb 07 2024 00:40:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14251030 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Feb 07 2024 00:40:00 | PNC Bank National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14229090 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Feb 07 2024 00:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14215118 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 07 2024 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14215119 | + | Email/Text: megan.harper@phila.gov | | |
| | | | Feb 07 2024 00:40:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14215121 | | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Feb 07 2024 00:40:00 | Santander Consumer USA, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 14215122 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 07 2024 01:17:17 | Wells Fargo Auto Finance, Inc., Bankruptcy Department, 435 Ford Road, Suite 300, Minneapolis, MN 55426-4938 |
| 14215123 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 07 2024 00:38:11 | Wells Fargo Card Services, Bankruptcy Department, 1 Home Campus, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank NA dba Wells Fargo Auto amps@manleydeas.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 138OBJ | Total Noticed: 29 |

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor M&T Bank christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RONALD G. MCNEIL, Esquire
    on behalf of Plaintiff Kevin M. Perkins r.mcneil@verizon.net

RONALD G. MCNEIL, Esquire
    on behalf of Debtor Kevin M. Perkins r.mcneil@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kevin M. Perkins

      Debtor(s)

Case No: 18−16946−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
             Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/6/24

60 − 59
Form 138OBJ